AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

UNITED STATES MARSHAL
RECEIVED

OCT 17 2022

KANSAS CITY, KS

United States of America
v.
Mohammad Rafi Mohammadi
*Defendant*

Case No.   22-mj-8225-01-TJJ

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Mohammad Rafi Mohammadi

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

False Statement in violation of 18 USC 1001(a)(2).

Date: 10/15/2022

*Issuing officer's signature*

City and state: Kansas City, Kansas

Honorable Teresa J. James, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/15/2022, and the person was arrested on *(date)* 10/16/2022
at *(city and state)* KANSAS CITY, MO

Date: 10/16/2022

*Arresting officer's signature*

SA RYAN BLAY
*Printed name and title*